JULES C. CARITEY, Appellant, *v.* FREDERICK H. EGGERS, Defendant, and LOUIS SILVER, Respondent.

*Caritey* v. *Eggers*, 116 App. Div. 909, affirmed.
(Argued May 24, 1907; decided June 11, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 14, 1906, which affirmed an order of Special Term vacating the service of the summons and complaint upon the respondent herein.

*Melville B. Mendell* for appellant.

*Frank H. Deal* for respondent.

Order affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, VANN, HISCOCK and CHASE, JJ. Not voting : HAIGHT, J.

---

In the Matter of the Accounting of SAMUEL N. HOYT et al., as Trustees under the Will of JESSE HOYT, Deceased, Appellants.

ALFRED W. HOYT et al., Appellants ; WILLIAM F. MOORE, as Executor of MARY I. HOYT, Respondent.

*Matter of Hoyt*, 116 App. Div. 217, affirmed.
(Argued May 27, 1907; decided June 11, 1907.)

APPEAL from an order of the Appellate Division of the. Supreme Court in the first judicial department, entered December 29, 1906, which modified and affirmed as modified a decree of the New York County Surrogate's Court settling the accounts of the trustees herein and directing distribution of the income of the trust estate.

*Alexander T. Mason* for trustees, appellants.

*Julius M. Mayer* and *Henry R. Hoyt* for Alfred W. Hoyt et al., appellants.

*P. Tecumseh Sherman* for Alice C. Pettit, appellant.

*Anson Baldwin* for Cornelia W. Hoyt et al., appellants.

*Samuel T. Carter, Jr.*, for Frank R. Hoyt, appellant.

*J. Woolsey Shepard* for Reuben M. Hoyt, appellant.

*Benjamin N. Cardozo* for respondent.

Order affirmed, with costs; no opinion.

Concur : CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, WERNER, HISCOCK and CHASE, JJ.

---

In the Matter of Acquiring Title by the CITY OF NEW YORK, Respondent, of Certain Lands as a Site for the Blackwell's Island Bridge.

DAVID SHAPIRO et al., Appellants.

*Matter of City of New York (Blackwell's Island Bridge)*, 118 App. Div. 272, appeal dismissed.
(Argued May 27, 1907; decided June 11, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 10, 1907, which reversed an order of Special Term confirming the report of commissioners of estimate and appraisal in condemnation proceedings and appointed new commissioners.

*J. Newton Fiero* and *Albert I. Sire* for appellants.

*William B. Ellison, Corporation Counsel (Theodore Connoly, Thomas F. Noonan* and *Alex. L. Strouse* of counsel), for respondent.

Appeal dismissed, with costs, on the ground that the order appealed from is not a final order; no opinion.

Concur : CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, WERNER, HISCOCK and CHASE, JJ.